**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**LEONEL ENRIQUE VELANDRIA-DIAZ,**

**Petitioner,**

**v.** **No. 1:26-cv-00537-SMD-KK**

**GEORGE DEDOS, *et al.*,**

**Respondents.**

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 11), Final Judgment is hereby entered in favor of Petitioner Leonel Enrique Velandria-Diaz and against Respondents George Dedos, Todd M. Lyons, Kristi Noem, and Pamela Bondi.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**